No. 811, Misc. THOMPSON ET AL. *v.* CITY OF ATHENS, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 1063, Misc. WILLIAMS *v.* POPE. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Melvin R. Segal,* Deputy Attorney General, for respondent.

No. 1202, Misc. STATEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1210, Misc. MORGAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1321, Misc. NAILOR *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1322, Misc. BURNEY *v.* WEINFELD, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied.

No. 1323, Misc. DOUGHERTY *v.* COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1326, Misc. CAMERON *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1411, Misc. BRAM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1418, Misc. CORPOS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.